RECEIVED
AUG 2 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
IN LAKE CHARLES, LA
SEP 14 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEAN A. MAFFIT | : | DOCKET NO. 07 CV 666 |
| VS. | : | JUDGE TRIMBLE |
| RYKE W. ANDERSON, ET AL. | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Remand is **GRANTED,** and accordingly, this lawsuit is hereby remanded to state court.

Thus done and signed this 14th day of September, 2007 at Lake Charles, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE